1 Kevin Fitzgerald
**Lewis Saul & Associates, P.C.**
2 183 Middle Street, Suite 200
Portland, ME 04101
3 Telephone: (207) 874-7407
Fax: (207) 874-4930
4 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Maria Gilbert v. Pfizer Inc*<br>(06-0354 CRB)<br><br>*Marlene McAdam v. Pfizer Inc, et al.*<br>(08-3642 CRB)<br><br>*Robert Hill v. Pfizer Inc, et al.*<br>(10-0814 CRB)<br><br>*Larry York, Sr. v. Pfizer Inc, et al.*<br>(10-1700 CRB)<br><br>*Diane Walker-Ketch v. Pfizer Inc, et al.*<br>(10-1842 CRB)<br><br>*Cynthia Carlton v. Pfizer Inc, et al.*<br>(10-4344 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 10/29, 2010   By: _____

**LEWIS SAUL & ASSOCIATES, P.C.**
183 Middle Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930

*Attorneys for Plaintiffs*

DATED: 12/6, 2010   By: ____/s/____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 13, 2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**